

IN THE
TENTH COURT OF APPEALS

No. 10-12-00090-CV

IN THE MATTER OF THE MARRIAGE
OF CHERYL A. ELDRIDGE AND DAVID J. ELDRIDGE,

From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 11-002680-CVD-CCL1

MEMORANDUM OPINION

Cheryl Eldridge filed a notice of appeal in this Court on March 7, 2012. This Court sent a notice that the appeal was subject to dismissal because a docketing statement had not been filed. TEX. R. APP. P. 32.1; TEX. R. APP. P. 42.3(b), (c). No docketing statement has been filed. The Court further sent a notice to Eldridge requesting a response on where to send future correspondence from the Court. The Court notified Eldridge that the appeal was subject to dismissal for failure to respond to the request. *See* TEX. R. APP. P. 42.3 (c). Eldridge did not respond to the notice.

Accordingly, the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 2, 2012
 [CV06]